# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM ADAM SAPUNJIAN, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 30, inclusive,<br><br>     Defendants. | Case No.: 2:25-cv-01231-AH-SKx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE  [22] [JS-6]**<br><br>Complaint Filed: December 30, 2024<br>Removal Date: February 12, 2025 |

///

///

///

///

///

///

///

///

///

-1-

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

## ORDER

The Court, having considered the signed stipulation of Dismissal with Prejudice and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

The action shall be dismissed with prejudice.

**IT IS HEREBY ORDERED**

DATED: MAY 6, 2026

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE